IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MAY, | CIVIL ACTION NO. 2:07-cv-62 |
| Plaintiff, | |
| vs. | |
| PEPPERIDGE FARM, | ELECTRONICALLY FILED |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

And Now, comes the Plaintiff, Robert May, with his undersigned counsel, Joseph D. Talarico, Esquire, and the Defendant, Pepperidge Farm, with their undersigned counsel, Rachelle M. Wassel, Esquire, and file this Stipulation of Dismissal with Prejudice in the above captioned matter in light of the fact the parties have entered into a settlement agreement.

WHEREFORE, it is hereby stipulated by the Plaintiff and the Defendants that this case be dismissed **with prejudice**.

By: _____
Joseph D. Talarico, Esquire
Counsel for Plaintiff

By: _____
Rachelle M. Wassel, Esquire
Counsel for Defendant

SO ORDERED: _____
U.S. District Court

Date: 4/29/07